UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 11-11296 |
| ) | |
| WACLAWIAK, ANDRZEJ ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on August 14, 2012 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: July 12, 2012                    By:  /s/ Richard M. Fogel
                                            Trustee


RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: WACLAWIAK, ANDRZEJ　　　　　　　§　Case No. 11-11296
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.07 |
| *and approved disbursements of* | $ 257.70 |
| *leaving a balance on hand of* [1] | $ 6,742.37 |
| **Balance on hand:** | $ 6,742.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,742.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,450.01 | 0.00 | 1,450.01 |
| Trustee, Expenses - RICHARD M. FOGEL | 19.32 | 0.00 | 19.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,469.33 |
| Remaining balance: | $ 5,273.04 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,273.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,273.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,341.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 7,764.33 | 0.00 | 1,918.42 |
| 4 | American Express Bank, FSB | 5,597.32 | 0.00 | 1,382.99 |
| 5 | Lexus Financial Services | 606.68 | 0.00 | 149.90 |
| 6 | American InfoSource LP as agent for Citibank N.A. | 1,166.74 | 0.00 | 288.28 |
| 7 | PYOD LLC, as assignee of Citibank | 6,206.25 | 0.00 | 1,533.45 |

Total to be paid for timely general unsecured claims: $ 5,273.04
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-11296-CAD
Andrzej Waclawiak                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: Jul 13, 2012
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2012.
```
db          #+Andrzej Waclawiak,    8236 S. McVicker,    Burbank, IL 60459-1912
16978406    +AAW Construction Co, Inc.,    8236 S. McVicker,    Burbank, IL 60459-1912
17371916     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16978408    +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
16978409    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16978410   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16978412    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16978413    +Ford Motor Credit,    Pob 542000,    Omaha, NE 68154-8000
17273281    +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16978415    +State Farm Financial Services,    3 State Farm Plz,    Bloomington, IL 61791-0002
16978416    +Thd/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
16978417    +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
17381448   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Lexus Financial Services,    PO Box 5229,    Cincinnati, OH 45201)
16978418    +Wfnnb/Roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17388704     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2012 03:06:35
              American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK   73124-8840
17542515     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2012 02:56:29
              American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK   73124-8840
17360250     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2012 02:16:36     Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK   73124-8839
17451692    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 14 2012 00:27:45
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16978407*   +AAW Construction Co, Inc.,    8236 S. McVicker,    Burbank, IL 60459-1912
16978411*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16978414*  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Lexus Financial Services,    Po Box 108,    Saint Louis, MO 63166)
                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2012**                           **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Jul 13, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2012 at the address(es) listed below:
         Dariusz T Wator   on behalf of Debtor Andrzej Waclawiak dwator@mecenaschicago.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Richard M Fogel   rfogel@shawgussis.com, IL72@ecfcbis.com
         TOTAL: 3