**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WACLAWIAK, ANDRZEJ § Case No. 11-11296
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $235,239.69　　　　　　　　Assets Exempt: $10,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,273.04　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $25,988.28

Total Expenses of Administration: $1,727.03

　　　3) Total gross receipts of $    7,000.07    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $7,000.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $249,380.00 | $7,868.19 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,727.03 | 1,727.03 | 1,727.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,194.00 | 21,341.32 | 21,341.32 | 5,273.04 |
| **TOTAL DISBURSEMENTS** | $279,574.00 | $30,936.54 | $23,068.35 | $7,000.07 |

    4) This case was originally filed under Chapter 7 on March 18, 2011. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2012    By: /s/RICHARD M. FOGEL
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TCF Bank Free Small Business Checking Account # | 1129-000 | 2,500.00 |
| 2010 Trailer | 1129-000 | 1,000.00 |
| 2007 Trailer | 1129-000 | 750.00 |
| 2003 Shore Lander Trailer | 1129-000 | 250.00 |
| 2003 Polaris Watercraft | 1129-000 | 1,500.00 |
| Stock in AAW Construction Co. | 1229-000 | 1,000.00 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4210-000 | 9,226.00 | 7,868.19 | 0.00 | 0.00 |
| NOTFILED | Toyota Motor Credit | 4110-000 | 10,605.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Financial Services | 4110-000 | 6,929.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 222,620.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$249,380.00** | **$7,868.19** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,450.01 | 1,450.01 | 1,450.01 |
| RICHARD M. FOGEL | 2200-000 | N/A | 19.32 | 19.32 | 19.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.01 | 3.01 | 3.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.69 | 4.69 | 4.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,727.03 | $1,727.03 | $1,727.03 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 7,416.00 | 7,764.33 | 7,764.33 | 1,918.42 |
| 4 | American Express Bank, FSB | 7100-000 | 5,277.00 | 5,597.32 | 5,597.32 | 1,382.99 |
| 5 | Lexus Financial Services | 7100-000 | 479.00 | 606.68 | 606.68 | 149.90 |
| 6 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 1,074.00 | 1,166.74 | 1,166.74 | 288.28 |
| 7 | PYOD LLC, as assignee of Citibank | 7100-000 | 6,028.00 | 6,206.25 | 6,206.25 | 1,533.45 |
| NOTFILED | Wfnnb/Roomplace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 9,920.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,194.00 | $21,341.32 | $21,341.32 | $5,273.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-11296  
**Case Name:** WACLAWIAK, ANDRZEJ  

**Period Ending:** 08/27/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/11 (f)  
**§341(a) Meeting Date:** 04/27/11  
**Claims Bar Date:** 08/09/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 8236 S. McVicker, Burbank, IL 60456<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 201,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | State Bank of Countryside Small Business Checkin<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,382.16 | 0.00 | DA | 0.00 | FA |
| 3 | PNC Bank Free Business Checking Account No. xx-x<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 57.90 | 0.00 | DA | 0.00 | FA |
| 4 | State Bank of Countryside Simply Better Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 74.63 | 0.00 | DA | 0.00 | FA |
| 5 | TCF Bank Free Small Business Checking Account #<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 4,446.04 | 2,960.73 | | 2,500.00 | FA |
| 6 | All items at replacement value: sofa, end tables<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing valued at used clothing store prices<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Western & Southern Life Insurance Policy #xxxx97<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 Lexus RX330<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,650.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Ford E250 Cargo Van<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,275.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Ford F250 Pick-up<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,100.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2010 Trailer | 1,000.00 | 1,000.00 | | 1,000.00 | FA |

Printed: 08/27/2012 03:04 PM    V.13.03

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-11296  
**Case Name:** WACLAWIAK, ANDRZEJ  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/11 (f)  
**§341(a) Meeting Date:** 04/27/11  

**Period Ending:** 08/27/12  
**Claims Bar Date:** 08/09/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | | | | | |
| 13 | 2007 Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 750.00 | 750.00 | | 750.00 | FA |
| 14 | 2003 Shore Lander Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 250.00 | 250.00 | | 250.00 | FA |
| 15 | 2003 Polaris Watercraft<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 1,500.00 | | 1,500.00 | FA |
| 16 | Stock in AAW Construction Co. (u) (See Footnote) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.07 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$243,685.73** | **$7,460.73** | | **$7,000.07** | **$0.00** |

RE PROP# 5   Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  
RE PROP# 12  Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  
RE PROP# 13  Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  
RE PROP# 14  Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  
RE PROP# 15  Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  
RE PROP# 16  Trustee authorized to sell estate's interest to debtor per o/c 6-2-11  

**Major Activities Affecting Case Closing:**

Trustee collecting installment payments for sale of non-exempt personal property

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** July 12, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-11296  
**Case Name:** WACLAWIAK, ANDRZEJ  

**Taxpayer ID #:** **-***4949  
**Period Ending:** 08/27/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/11 | {5} | ANDRZEJ WACLAWIAK | Initial payment for non-exempt assets, per o/c 6-2-11 | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/24/11 | {12} | ANDRZEJ WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 1,500.00 |
| 07/22/11 | {12} | ANDRZEJ WACKLAWIAK | Installment payment | 1129-000 | 500.00 | | 2,000.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.01 | 1,996.99 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,971.99 |
| 09/01/11 | {15} | ANDRZEJ WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 2,471.99 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,472.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,447.00 |
| 10/03/11 | {13} | ANDRZEJ WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 2,947.00 |
| 10/13/11 | {13} | ANDRZEJ WACLAWIAK | Reversed Deposit 100005 1 Installment payment- check returned NSF | 1129-000 | -500.00 | | 2,447.00 |
| 10/17/11 | {15} | ANDRZEJ WACLAWIAK | Replace NSF installment payment | 1129-000 | 500.00 | | 2,947.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,947.01 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,922.01 |
| 11/07/11 | {13} | ANDRZEJ WACLAWAIAK | Installment payment | 1129-000 | 500.00 | | 3,422.01 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,422.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,397.02 |
| 12/19/11 | {15} | ANNA WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 3,897.02 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,897.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,872.04 |
| 01/16/12 | | ANNA WACLAWIAK | Installment payment | | 500.00 | | 4,372.04 |
| | {13} | | | 250.00 | 1129-000 | | 4,372.04 |
| | {14} | | | 250.00 | 1129-000 | | 4,372.04 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,372.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,347.06 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 4.69 | 4,342.37 |
| 02/16/12 | {5} | ANDRZEJ WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 4,842.37 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,817.37 |
| 03/12/12 | {5} | ANDRZEJ WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 5,317.37 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,292.37 |
| 04/17/12 | {5} | ANNA WACLAWIAK | Installment payment | 1129-000 | 500.00 | | 5,792.37 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,767.37 |
| 05/15/12 | {16} | ANNA WACLAWIAK | Installment payment | 1229-000 | 500.00 | | 6,267.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,242.37 |
| 06/13/12 | {16} | ANDRZEJ WACLAWIAK | Final installment payment | 1229-000 | 500.00 | | 6,742.37 |
| 08/15/12 | 1002 | Capital One Bank (USA), N.A. | 24.70% dividend on Claim # 3, Ref: | 7100-000 | | 1,918.42 | 4,823.95 |

Subtotals : $7,000.07  $2,176.12

{} Asset reference(s)

Printed: 08/27/2012 03:04 PM    V.13.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-11296 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | WACLAWIAK, ANDRZEJ | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******68-65 - Checking Account |
| Taxpayer ID #: | **-***4949 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/27/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | XXXX-XXXX-XXXX-4703 | | | | |
| 08/15/12 | 1003 | American Express Bank, FSB | 24.70% dividend on Claim # 4, Ref: XXXXXXXXXXXXXXXXX2008 | 7100-000 | | 1,382.99 | 3,440.96 |
| 08/15/12 | 1004 | Lexus Financial Services | 24.70% dividend on Claim # 5, Ref: XXXXXXXXXXXX1969 | 7100-000 | | 149.90 | 3,291.06 |
| 08/15/12 | 1005 | American InfoSource LP as agent for Citibank N.A. | 24.70% dividend on Claim # 6, Ref: XXXXXXXXXXXX0430 | 7100-000 | | 288.28 | 3,002.78 |
| 08/15/12 | 1006 | PYOD LLC, as assignee of Citibank | 24.70% dividend on Claim # 7, Ref: XXXX-XXXX-XXXX-8419 | 7100-000 | | 1,533.45 | 1,469.33 |
| 08/15/12 | 1007 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,469.33 | 0.00 |
| | | | Dividend paid 100.00%   1,450.01 on $1,450.01; Claim# A; Filed: $1,450.01 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   19.32 on $19.32; Claim# B; Filed: $19.32 | 2200-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,000.07 | 7,000.07 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 7,000.07 | 7,000.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $7,000.07 | $7,000.07 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******68-65 | 7,000.07 | 7,000.07 | 0.00 |
| | $7,000.07 | $7,000.07 | $0.00 |

{} Asset reference(s)                                                                                     Printed: 08/27/2012 03:04 PM   V.13.03